**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

NATASHA JOHNSON                                                                                    PLAINTIFF
ADC #713232

V.                                       NO: 4:15CV00341 DPM/PSH

RITA JONES *et al*                                                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Natasha Johnson, who was formerly incarcerated at the Arkansas Department of Correction's McPherson Unit, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 9, 2015.  On December 17, 2015, after mail sent to plaintiff's address of record was returned as undeliverable, the Court entered an order directing plaintiff to file a notice of her current address within 30 days, and warning her that her failure to do so would result in the recommended dismissal of her complaint (docket entry 25).  More than 30 days have passed, and plaintiff has not updated her address or otherwise responded to the order.  Plaintiff is not listed as a current inmate on the

1

Arkansas Department of Correction or Federal Bureau of Prisons websites. Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. All pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE