IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATASHA JOHNSON,
ADC #713232                                                                                    PLAINTIFF

v.                                      No. 4:15-cv-341-DPM

RITA JONES, Nurse, Saline County Detention
Facility; TONYA PARKER, CO, Saline County
Detention Facility; and PHILLIP BENTLEY,
Sergeant, Saline County Detention Center                              DEFENDANTS

ORDER

Unopposed recommendation, № 31, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson hasn't kept her address current; her mail is being returned. № 29, 30 & 32. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Jones's motion to dismiss, № 27, is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

12 February 2016