IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATASHA JOHNSON,
ADC #713232                                                                    PLAINTIFF

v.                            No. 4:15-cv-341-DPM

RITA JONES, Nurse, Saline County Detention
Facility; TONYA PARKER, CO, Saline County
Detention Facility; and PHILLIP BENTLEY,
Sergeant, Saline County Detention Center                       DEFENDANTS

JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2016